| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Brent J. Lehman, Esq. (SBN 282149)<br>Dina Ovsepian (SBN 328942)<br>MUNCK WILSON MANDALA, LLP<br>1925 Century Park East, Suite 2300<br>Los Angeles, California 90067<br>Telephone: (310) 855-3311<br>blehman@munckwilson.com \| dovespian@munckwilson.com<br><br>ATTORNEY(S) FOR: Plaintiff Charles Edward Hugo | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Edward Hugo p/k/a Chad Hugo, an individual<br><br>Plaintiff(s),<br>v.<br>PHARRELL WILLIAMS, an individual; N.E.R.D. MUSIC, LLC, a Delaware limited liability company, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:26-cv-00746<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for __Plaintiff Charles Edward Hugo p/k/a Chad Hugo__ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Charles Edward Hugo p/k/a Chad Hugo | Plaintiff |
| Pharrell Williams | Defendant |
| N.E.R.D. MUSIC, LLC, a Delaware limited liability company | Defendant |
| NEPTUNES, LLC/NEPTUNES LLC, a Delaware limited liability company | Defendant |
| CH & PW, INC., a Virgina corporation; | Defendant |
| PW & CH, INC., a Virginia corporation; | Defendant |
| PW BRANDING, INC., a California corporation; | Defendant |
| PW IP HOLDINGS, LLC, a Delaware limited liability company; | Defendant |
| TALAMASCA, INC., a Delaware corporation | Defendant |

| | |
|---|---|
| January 23, 2026 | /s/ Brent J. Lehman |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Charles Edward Hugo p/k/a Chad Hugo