**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES EDWARD HUGO p/k/a CHAD HUGO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>PHARRELL WILLIAMS, an individual; N.E.R.D. MUSIC, LLC, a Delaware limited liability company; NEPTUNES, LLC/NEPTUNES LLC, a Delaware limited liability company; CH & PW, INC., a Virgina corporation; PW & CH, INC., a Virginia corporation; PW BRANDING, INC., a California corporation; PW IP HOLDINGS, LLC, a Delaware limited liability company; TALAMASCA, INC., a Delaware corporation; and DOES 1-10 inclusive,<br><br>Defendants. | CASE NO. 2:26-cv-00746-AB-PD<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO FURTHER EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Hon. André Birotte Jr. |

The Court **APPROVES** the parties' Stipulation. Defendants have until September 18, 2026, to respond to Plaintiffs' Complaint.

**IT IS SO ORDERED**.

Dated: August 17, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE