UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHARLES EDWARD HUGO p/k/a CHAD HUGO, an individual,

Plaintiffs,

v.

PHARRELL WILLIAMS, an individual; N.E.R.D. MUSIC, LLC, a Delaware limited liability company; NEPTUNES, LLC/NEPTUNES LLC, a Delaware limited liability company; CH & PW, INC., a Virginia corporation; PW & CH, INC., a Virginia corporation; PW BRANDING, INC., a California corporation; PW IP HOLDINGS, LLC, a Delaware limited liability company; TALAMASCA, INC., a Delaware corporation; and DOES 1-10 inclusive,

Defendants.

Case No. 2:26-cv-00746-AB-PD

[*Assigned for all purposes to the Hon. André Birotte Jr.*]

**~~[PROPOSED]~~ ORDER GRANTING STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

The Court **APPROVES** the Parties' Stipulation and **GRANTS** Plaintiff leave to file the Second Amended Complaint attached to the Stipulation. Defendants must respond to the Second Amended Complaint by 21 days after it is filed.

**IT IS SO ORDERED.**

Dated: September 14, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE