**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES EDWARD HUGO p/k/a CHAD HUGO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>PHARRELL WILLIAMS, an individual; N.E.R.D. MUSIC, LLC, a Delaware limited liability company; NEPTUNES, LLC/NEPTUNES LLC, a Delaware limited liability company; CH & PW, INC., a Virginia corporation; PW & CH, INC., a Virginia corporation; PW BRANDING, INC., a California corporation; PW IP HOLDINGS, LLC, a Delaware limited liability company; TALAMASCA, INC., a Delaware corporation; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:26-cv-00746-AB-PD<br><br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS N.E.R.D. MUSIC, LLC, NEPTUNES, LLC/NEPTUNES LLC, PW BRANDING, INC., AND PW IP HOLDINGS, LLC TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Hon. André Birotte Jr. |

Upon good cause showing, the Stipulation by and between Defendants PHARRELL WILLIAMS and TALAMASCA, INC. (hereinafter collectively referred to as “Appearing Defendants”) and Defendants N.E.R.D. Music, LLC, Neptunes LLC/Neptunes LLC, PW Branding, Inc., and PW IP Holdings, LLC (collectively, the “Newly-Served Defendants” and together with the Moving Defendants, “Defendants”), on the one hand, and Plaintiff CHARLES EDWARD HUGO p/k/a

CHAD HUGO (hereinafter referred to as "Plaintiff"), on the other hand, to extend time for the Newly-Served Defendants to respond to Plaintiff's Second Amended Complaint [Dkt. No. 31] ("SAC"), is GRANTED.

IT IS HEREBY ORDERED as follows:

1. The time for the Newly-Served Defendants to answer or otherwise respond to the SAC is extended to and including the date on which the Appearing Defendants are required to answer the SAC following the Court's ruling on the Appearing Defendants' Motion To Dismiss [Dkt. No. 33] (the "Motion"), or such other date as the Court may set.

2. If, following the Court's ruling on the Motion, Plaintiff files a further amended complaint, the Newly-Served Defendants shall answer or otherwise respond to the pleading on or before the date on which the Appearing Defendants are required to respond to it.

3. Nothing in the Stipulation or this Order constitutes a waiver by any Defendant of any defense, objection, or right, all of which are preserved.

**IT IS SO ORDERED.**

Dated: November 13, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE